UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| SUZANNA CLINTON | CASE NO. 22-cv-3784 |
| -vs- | JUDGE DRELL |
| STATE FARM FIRE & CASUALTY CO ET AL | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 25), after an independent review of the record, noting the absence of objections thereto, concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that the Report and Recommendation (Doc. 25) is ADOPTED and that this matter is DISMISSSED WITHOUT PREJUDICE.

This civil action may be reinstated within 30 days for good cause shown, per W.D. La. Loc. Civ. R. 41.3. Any such showing to be made in writing and filed into the record of this matter.

THUS DONE AND SIGNED at Alexandria, Louisiana this 25 day of July 2023.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT